UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART; E.H., individually and as co-successor-in-interest to Decedent KYLE HART; W.H., individually and as co-successor-in-interest to Decedent KYLE HART, | No. 22-17008 <br><br> D.C. No. 4:21-cv-02653-YGR <br><br> ORDER |
| Plaintiffs-Appellees, | |
| v. | |
| CITY OF REDWOOD CITY, a municipal corporation; DANIEL MULHOLLAND, individually and in his capacity as Chief of Police for the CITY OF REDWOOD CITY; ROMAN GOMEZ, individually and in his official capacity as a Police Officer for the CITY OF REDWOOD CITY; LEILA VELEZ, individually and in her official capacity as a Police Officer for the CITY OF REDWOOD CITY, | |
| Defendants-Appellants. | |

Before: MILLER, BADE, and VANDYKE, Circuit Judges.

Defendants-Appellants are ordered to file a response to Plaintiffs-Appellees'

Petition for Rehearing En Banc (Dkt. No. 46) filed on June 3, 2024. The response

shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one

days of the date of this order.