UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>CITY OF REDWOOD CITY, a municipal corporation; et al.,<br><br>        Defendants - Appellants. | No. 22-17008<br><br>D.C. No. 4:21-cv-02653-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The amicus brief submitted on June 13, 2024 by National Police Accountability Project is filed. No paper copies are required at this time.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT