UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART; et al.,

    Plaintiffs - Appellees,

v.

CITY OF REDWOOD CITY, a municipal corporation; et al.,

    Defendants - Appellants.

No. 22-17008

D.C. No. 4:21-cv-02653-YGR
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered April 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT